**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E

**DEC 18 2009**

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DENISE WHITNEY,

               Plaintiff,

-against-

JETBLUE AIRWAYS CORPORATION,

               Defendants.
-------------------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
07-CV-1397 (CBA)

AMON, United States District Judge:

       This Court has received the well-reasoned Report and Recommendation of the Honorable

Cheryl L. Pollak, United States Magistrate Judge, dated October 30, 2009, recommending that

plaintiff's counsel be awarded $13,149.50 in attorney's fees and $496.96 in travel expenses for a

total of $13,646. As no party has objected, the Court hereby adopts the Report and

Recommendation of October 30, 2009 as the opinion of the Court.

       SO ORDERED.

Dated: Brooklyn, New York
      December __, 2009

                             s/ CBA
                             Carol Bagley Amon
                             United States District Judge

- 1 -